**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION**

| | |
|---|---|
| In re: | BANKRUPTCY<br>CASE NO. 14-26214-GWE |
| Adrienne Franklin<br>  Debtor | |
| Specialized Loan Servicing LLC, as<br>Servicer for FV-1, Inc. in trust for<br>Morgan Stanley Mortgage Capital<br>Holdings LLC<br>  Respondent | |
| | CHAPTER 13 |
| Sylvia Ford Brown<br>  Trustee<br>  Respondents | |

## OBJECTION TO CONFIRMATION

COMES NOW, Specialized Loan Servicing LLC, as Servicer for FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC (SLS) and makes and files its Objection to the Confirmation of the Debtor's Chapter 13 plan for the reasons set forth below:

1.

Specialized Loan Servicing LLC holds a first priority deed of trust on the Debtor's residence at 5535 Liberty Ridge Cv., Memphis, TN 38125.

2.

The Debtor's Plan states arrearage owed to SLS at $0.00 and that a modification is being sought.

3.

The Plan does not state the proper secured claim amount, nor does it indicate an intention to cure the delinquency through the Plan. It does not propose a monthly payment or adequate protection payment amount based in the entirety that Debtor anticipates a modification of the loan.

4.

Proof of Claim was filed 9/16/2014 reflecting an arrearage of $54,751.60.

5.

The Debtor's plan is inaccurate and does not provide SLS with adequate protection.

THEREFORE, based upon the above and foregoing facts, SLS objects to the Confirmation of the Debtor's Chapter 13 Plan.

This the 8th day of June, 2015

Respectfully Submitted

**/s/Richard B. Maner**
Richard B. Maner, TBN 024019
Attorney for Specialized Loan Servicing LLC
RICHARD B. MANER, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328
404-252-6385 Phone; 404-252-6394 Fax
rmaner@rbmlegal.com

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of **OBJECTION TO CONFIRMATION** electronically.  Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Adrienne Franklin
5535 Liberty Ridge Cv.
Memphis, TN 38125

Ted I. Jones
Jones and Garrett Law Firm
2670 Union Ave., Ext.
Suite 1200
Memphis, TN 38104

Sylvia Ford Brown
200 Jefferson Ave.,
Suite 1113
Memphis, TN 38103

This the 8th day of June, 2015

Respectfully Submitted

**/s/Richard B. Maner**
Richard B. Maner, TBN 024019
Attorney for Specialized Loan Servicing LLC
RICHARD B. MANER, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328
404-252-6385 Phone; 404-252-6394 Fax
rmaner@rbmlegal.com